**Rapaport Law Firm, PLLC**
**One Penn Plaza, Suite 2430**
**New York, NY 10119**
212.382.1600
www.RapaportLaw.com

### INVOICE/STATEMENT OF SERVICES

May 15, 2018

Invoice Number: 4486
Matter Name: Newcastle FLSA Class Action 2017

Period: 7/31/2017 through 5/14/2018

**ATTORNEY SERVICES**

Professional Services by Marc A. Rapaport

| Date | Attorney | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Ana Marina Alcantara | | | |
| 10/19/2017 | Ana Marina Alcantara | Communicate (with client) A106 Telephone call with Mr. Amadis: ▇▇▇▇; meeting with MR re same | 0.40 100.00/hr | 40.00 |
| 10/23/2017 | Ana Marina Alcantara | Activities A100 File request for issuance of summons for each defendant | 0.30 100.00/hr | 30.00 |
| 4/2/2018 | Ana Marina Alcantara | Activities A100 Telephone call with Mr. Amadis | 0.20 100.00/hr | 20.00 |
| 4/3/2018 | Ana Marina Alcantara | Activities A100 Attend mediation at JAMS; interpret for client Amadis | 4.50 100.00/hr | 450.00 |
| SUBTOTAL: | | | [ 5.40 | 540.00] |

|  |  |  |  | Page 2 |
|---|---|---|---|---|
|  |  |  | Hrs/Rate | Amount |

Marc Rapaport

| Date | Attorney | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/8/2017 | Marc Rapaport | Activities<br>A100<br>Initial meeting with James Jimenez; consent and retainer executed | 1.00<br>400.00/hr | 400.00 |
| 9/26/2017 | Marc Rapaport | Activities<br>A100<br>Meeting with Mr. Jimenez: further discussion of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.20<br>400.00/hr | 480.00 |
| 10/13/2017 | Marc Rapaport | Fact Investigation/Developme<br>L110<br>Evening meeting with Mr. Amadis; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Marcela Cabezas as translator) | 2.00<br>400.00/hr | 800.00 |
| 10/16/2017 | Marc Rapaport | Pleadings<br>L210<br>Continue drafting and research relating to FLSA Collective Action Complaint; review recent case law regarding janitor exemption under NYLL and effect of employer's payment of janitor on hourly basis. | 1.50<br>400.00/hr | 600.00 |
|  | Marc Rapaport | Pleadings<br>L210<br>Draft portions of complaint | 1.00<br>375.00/hr | 375.00 |

|  |  |  | Hrs/Rate | Page 3<br>Amount |
|---|---|---|---|---|
| 10/27/2017 | Marc Rapaport | Communicate (with client)<br>A106<br>Telephone call with James Jimenez re: ▓▓▓▓ | 0.20<br>400.00/hr | 80.00 |
| 1/19/2018 | Marc Rapaport | Communicate (other external)<br>A108<br>Email to Ms. Cohen (atty fior defendants) re: today is deadline for status report; please review our draft language | 0.30<br>400.00/hr | 120.00 |
| 2/8/2018 | Marc Rapaport | Activities<br>A100<br>Receive, review and sign JAMS mediation agreement; receive and review defendants' counsel's letter to JAMS; calendar dates; emails with M Miller re same; arrange for clients to be contacted to re-confirm that they are available for pre-mediation preparation and for mediation date | 1.00<br>425.00/hr | 425.00 |
| 2/27/2018 | Marc Rapaport | Activities<br>A100<br>Prepare for and participate in pre-mediation telephone conference with mediator Wittenberg | 1.00<br>400.00/hr | 400.00 |
| 3/2/2018 | Marc Rapaport | Analysis/Strategy<br>L120<br>Consider strategy with respect to settlement; email comm's with M Miller re same. | 0.30<br>400.00/hr | 120.00 |
| 3/26/2018 | Marc Rapaport | Draft/revise<br>A103<br>Review first draft of mediation statement prepared by M Miller; extensive revisions to same; add new sections; review and revise damage calc's; review clients' pay and employment records; add | 2.00<br>400.00/hr | 800.00 |

|  |  |  | Page 4 |
|---|---|---|---|
|  |  | Hrs/Rate | Amount |

| Date | Attorney | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | sections pertaining to janitor exemption and the reasons why that exemption is not applicable here, with cites to recent decisions | | |
| 3/27/2018 | Marc Rapaport | Communicate (other external A108<br>Multiple email comm's with defendants' counsel regarding adjourning scheduled conferences and related deadlines in light of scheduled mediation | 0.20<br>400.00/hr | 80.00 |
| 4/2/2018 | Marc Rapaport | Plan and Prepare for A101<br>Meeting in office with Mr. Amadis; prepare for full-day mediation scheduled for tomorrow 4/3/18 | 1.20<br>400.00/hr | 480.00 |
| | Marc Rapaport | Plan and Prepare for A101<br>Review documents/draft outline of short opening stmt for mediation | 1.17<br>400.00/hr | 466.67 |
| 4/3/2018 | Marc Rapaport | Settlement/Non-Binding ADR L160<br>Appear and attend mediation at JAMS (Mediator Wittenberg); meetings with both clients prior to commencement of mediation | 6.00<br>400.00/hr | 2,400.00 |
| 5/14/2018 | Marc Rapaport | Other Writen Motions and Su L250<br>Attention to lodestar and other aspects of Cheeks application | 1.00<br>400.00/hr | 400.00 |
| | Marc Rapaport | Communicate (with client) A106<br>Telephone call with Mr. Amadis re: his request for status update | 0.20<br>400.00/hr | 80.00 |
| | SUBTOTAL: | | [    21.27 | 8,506.67] |

|  |  |  | Page 5 |
|---|---|---|---|
|  |  | Hrs/Rate | Amount |

### Marcela Cabezas

| 10/13/2017 | Marcela Cabezas | Communicate (with client)<br>A106<br>Meeting with client Emanuel Amadis to review documents, gather information, and translate for MR; review/organize client's documents, including pay stubs | 2.00<br>115.00/hr | 230.00 |
| 4/2/2018 | Marcela Cabezas | Activities<br>A100<br>Assist MR with client meeting (Mr. Amadis); translate/interpret | 1.50<br>115.00/hr | 172.50 |
| 5/14/2018 | Marcela Cabezas | Activities<br>A100<br>Attention to history bill/lodestar calculations; redact privileged portions; review with MR; discussions with M Miller re final version and submission to Court with Cheeks letter | 2.60<br>115.00/hr | 299.00 |

SUBTOTAL: [ 6.10    701.50]

Total Amount Due for this Period           32.77    $9,748.17

Additional Charges :

### Marc Rapaport

| 10/20/2017 | Filing fee, SDNY<br>Court Fees<br>E112 | 400.00 |
| 3/9/2018 | JAMS Mediation  (Check No. 3030; 3/9/18)<br>Litigation support vendors<br>E118 | 2,610.00 |

SUBTOTAL:                                 [ 3,010.00]

Total additional charges                    $3,010.00

|  | Page 6 |
|---|---:|
|  | Amount |
| Total amount of this bill | $12,758.17 |