

|   | From | **Miller Law, PLLC**  <br>167 Madison Avenue, Suite 503  <br>New York, NY 10016  <br><br>Tel: 347-878-2587  <br>Fax: 866-495-6719 |
|---|---|---|

| | | | |
|---|---|---|---|
| Invoice ID | **1722** | Invoice For | **Emanuel Amadis & James Jimenez** |
| Issue Date | 05/15/2018 | | |
| Due Date | 05/15/2018 (upon receipt) | | |
| Subject | Detailed Billing Statement for Amadis, et al v. Newcastle Realty Servs., et al. | | |

| Item Type | Description | Time | Rate | Amount |
|---|---|---|---|---|
| Fee for Services | 10/17/2017 - Meredith R. Miller: Reviewed and revised draft complaint; reviewed Newcastle website. | 1.20 | $400.00 | **$480.00** |
| Fee for Services | 10/20/2017 - Meredith R. Miller: Prepared and filed notice of appearance. | 0.30 | $400.00 | **$120.00** |
| Fee for Services | 01/19/2018 - Meredith R. Miller: Drafted status letter to court w/ MR; discussion w/ MR re mediation. | 0.20 | $400.00 | **$80.00** |
| Fee for Services | 01/29/2018 - Meredith R. Miller: Email to defense counsel re apportionment of mediation fees. | 0.10 | $400.00 | **$40.00** |
| Fee for Services | 02/02/2018 - Meredith R. Miller: Drafted letter in opposition to defendants' request for extension of time to answer; reviewed judge's rules; t/c w MR re same. | 0.70 | $400.00 | **$280.00** |
| Fee for Services | 02/27/2018 - Meredith R. Miller: Conf call with mediator and all counsel; preparation for same. | 0.30 | $400.00 | **$120.00** |
| Fee for Services | 03/05/2018 - Meredith R. Miller: Reviewed and revised damages chart; transmittal of same to defendants' counsel. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 03/25/2018 - Meredith R. Miller: Reviewed file; drafted confidential mediation statement. | 2.00 | $400.00 | **$800.00** |
| Fee for Services | 03/26/2018 - Meredith R. Miller: Revised damages chart; email to defendants' counsel transmitting same; revised mediation statement. | 1.10 | $400.00 | **$440.00** |
| Fee for Services | 03/27/2018 - Meredith R. Miller: Reviewed and revised mediation statement; revised proposed joint discovery plan. | 0.40 | $400.00 | **$160.00** |
| Fee for Services | 03/29/2018 - Meredith R. Miller: Email to defense counsel about proposed joint discovery plan. | 0.10 | $400.00 | **$40.00** |

| | | | | |
|---|---|---|---|---|
| Fee for Services | 04/03/2018 - Meredith R. Miller: Mediation at JAMS. | 6.00 | $400.00 | **$2,400.00** |
| Fee for Services | 04/04/2018 - Meredith R. Miller: Calculated allocation of settlement proceeds; discussed with MR; email to defense counsel re same. | 0.60 | $400.00 | **$240.00** |
| Fee for Services | 04/09/2018 - Meredith R. Miller: Reviewed proposed settlement agreements. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 04/16/2018 - Meredith R. Miller: Reviewed proposed settlement agreements; checked numbers; email to defense counsel re proposed edits. | 0.80 | $400.00 | **$320.00** |
| Fee for Services | 04/22/2018 - Meredith R. Miller: Marked up settlement agreements; email to MR re same; email to defense counsel re same. | 1.60 | $400.00 | **$640.00** |
| Fee for Services | 04/23/2018 - Meredith R. Miller: Finalized edits to settlement agreements; email sending same to defendants' counsel. | 0.70 | $400.00 | **$280.00** |
| Fee for Services | 04/24/2018 - Meredith R. Miller: Reviewed revisions to settlement agreement; conf call with defendants' counsel re same. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 04/26/2018 - Meredith R. Miller: Reviewed and revised draft settlement agreement; email to defendants' counsel re same. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 04/27/2018 - Meredith R. Miller: Meet w/ Jimenez and reviewed settlement agreement. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 04/30/2018 - Meredith R. Miller: T/cs w/ defense counsel re changes to settlement agreements. | 0.20 | $400.00 | **$80.00** |
| Fee for Services | 05/01/2018 - Meredith R. Miller: Reviewed revised settlement agreements; email to defense counsel re same. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 05/03/2018 - Meredith R. Miller: Emails with defense counsel; finalized Amadis settlement agreement. | 0.30 | $400.00 | **$120.00** |
| Fee for Services | 05/04/2018 - Meredith R. Miller: Met w/ Amadis re settlement; transmitted same to defense counsel. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 05/10/2018 - Meredith R. Miller: Reviewed court's order; emails with defense counsel re same. | 0.20 | $400.00 | **$80.00** |
| Fee for Services | 05/11/2018 - Meredith R. Miller: Began drafting Cheeks letter to court. | 0.60 | $400.00 | **$240.00** |
| Fee for Services | 05/14/2018 - Meredith R. Miller: Drafted Cheeks letter and reviewed case law; attention to billing history; transmittal of same to defense counsel. | 1.30 | $400.00 | **$520.00** |

| Fee for Services | 05/15/2018 - Meredith R. Miller: Revised and finalized Cheeks submission. | 1.20 | $400.00 | **$480.00** |
|---|---|---|---|---|

| | **Amount Due** | **$9,360.00** |
|---|---|---|