UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

EMANUEL AMADIS and JAMES JIMENEZ, individually and on behalf of all others similarly situated,

       Plaintiffs,

       -against-                17cv8116

NEWCASTLE REALTY SERVICES, LLC    ORDER
d/b/a NEW CASTLE REALTY and d/b/a NEW CASTLE REALTY SERVICE; MARGARET STREICKER PORRES; 146 EAST 19TH STREET LLC; GSA MANAGER I INC.; 120 EAST 19TH STREET GSA I LLC; 101 WEST 78TH LLC; and all related entities,

       Defendants.

---------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       This Court has reviewed the revised settlement agreements (ECF No. 41) and finds them to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to mark this case as closed.

Dated:  July 19, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.